| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gardephe, Paul G | 2. Court or Organization<br><br>U.S. District Court, SDNY | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Patterson Belknap Webb & Tyler LLP |
| 2. Board Member | Fund for Modern Courts |
| 3. Advisory Board Member | Sunsglow |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | with Time Warner Inc., regarding deferred compensation plan, Time Warner Savings Plan |
| 2. 2008 | with Patterson Belknap Webb & Tyler LLP, regarding capital account and fees earned while a firm partner, and 401k, money purchase, and cash balance plans |
| 3. | |

RECEIVED 2009 MAY 18 A 11: 42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gardephe, Paul G | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Patterson Belknap Webb & Tyler LLP, partnership income | $ 813,054.00 |
| 2. 2008 | Time Warner Inc. deferred compensation payment | $ 8948.52 . |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Family Services of Westchester |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardephe, Paul G | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardephe, Paul G | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Dreyfus Basic Money Market Mutual Fund | D | Dividend | O | T | | | | | |
| 2. Janus Research Fund | | None | J | T | | | | | |
| 3. Apple Bank cert of deposit | A | Interest | J | T | | | | | |
| 4. Neuberger Berman Int'l Fund | | None | K | T | Buy | 1/4 | J | | |
| 5. Janus Enterprise Fund | | None | J | T | | | | | |
| 6. Janus Research Fund | | None | J | T | | | | | |
| 7. Janus Growth and Income Fund | | None | L | T | | | | | |
| 8. Janus Worldwide Fund | | None | J | T | | | | | |
| 9. Fidelity Magellan Fund | | None | J | T | | | | | |
| 10. Neuberger Berman Partners Fund | | None | J | T | Buy | 1/7 | J | | |
| 11. Time Warner Savings Plan | | None | M | T | | | | | |
| 12. -- Dodge &Cox Stock Fund | | | | | | | | | |
| 13. -- Time Warner Stock Fund | | | | | | | | | |
| 14. Time Warner Deferred Compensation Plan | | None | J | T | | | | | |
| 15. -- Dodge & Cox Stock Fund | | | | | | | | | |
| 16. New York College Savings Plan (no control other than risk) | | None | N | T | | | | | |
| 17. Patterson Belknap Money Purchase Plan | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardephe, Paul G | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard 500 Index Fund | | | | | | | | | |
| 19. -- Vanguard Growth and Income Fund | | | | | | | | | |
| 20. -- Vanguard Windsor Fund | | | | | | | | | |
| 21. Patterson Belknap 401k | | None | L | T | | | | | |
| 22. -- Vanguard 500 Index Fund | | | | | | | | | |
| 23. -- Vanguard Growth and Income Fund | | | | | | | | | |
| 24. -- Vanguard Windsor Fund | | | | | | | | | |
| 25. Vanguard Tax Managed Cap Appreciation | | None | K | T | | | | | |
| 26. Vanguard Tax Managed Growth & Income | | None | K | T | | | | | |
| 27. Vanguard Tax Managed Int'l Fund | | None | L | T | | | | | |
| 28. Vanguard Tax Managed Small Cap Fund | | None | K | T | | | | | |
| 29. Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 30. Northwestern Mutual Life ins policy (cash value, no control) | A | Dividend | J | T | | | | | |
| 31. Northwestern Mutual Life ins policy (cash value, no control) | B | Dividend | K | T | | | | | |
| 32. Northwestern Mutual Life ins policy (cash value, no control) | B | Dividend | K | T | | | | | |
| 33. Savings Bank Life Ins. (cash value, no control) | A | Dividend | J | T | | | | | |
| 34. Savings Bank Life Ins. (cash value, no control) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardephe, Paul G | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Northwestern Mutual Life and Savings Bank Life Insurance assets were inadvertently omitted from nominee report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _May 14, 2009_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



CHAMBERS OF
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

July 7, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.—
Washington, D.C. 20544

**Re: FDR 2008**

Dear Committee on Financial Disclosure:

I am writing in response to Judge Baldock's July 1, 2009 letter seeking additional information concerning entries on Part VII of my Form AO-10, Financial Disclosure Report for 2008.

With respect to the Vanguard Prime Money Market Fund investment: this represents an investment made for me by Patterson Belknap Webb & Tyler LLP after I left the firm on August 8, 2008. It represents proceeds from a cash balance account maintained by the firm. For purposes of Column D, the transaction was a buy; the investment was made on September 25, 2008; and the value code is L.

With respect to Part VII, page 4, lines 12-13 and 15, and page 5, lines 18-20, and 22-24: I held investments in all of the listed funds at the time of my prior report. I listed them in my 2008 FDR only to provide further detail and at the suggestion of Committee staff.

Sincerely,

Gardephe_Paul_G 1